Case 10-92164   Filed 07/20/10   Doc 22

FILED

JUL 20 2010

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

In re                              ) Case No. 10-92164-E-7
                                   )
SUSAN LEE LEICHT,                  )
                                   )
                                   )
            Debtor(s).             )
_____)

**FINDINGS OF FACTS AND CONCLUSIONS OF LAW
RE REAFFIRMATION AGREEMENT BETWEEN DEBTOR
AND ONYX ACCEPTANCE CORPORATION**

The court makes the following findings of facts and conclusions of law in not approving the reaffirmation agreement between debtor Susan Lee Leicht and creditor Onyx Acceptance Corporation:

1. Under the terms of the reaffirmation agreement, the Debtor seeks to reaffirm an obligation in the amount of $3,281.42, to be paid in 21 monthly installments, with monthly payments of $167.66.

2. The interest rate on the obligation to be reaffirmed is 9.410 percent.

3. Neither the interest rate nor the amount of the obligation are modified under the reaffirmation agreement from the pre-petition contract terms and balance.

4. The Debtor is not represented by counsel with respect to

this reaffirmation.

5. The 2001 Ford Focus ZTS is not a vehicle owned by the Debtor.

6. The obligation that is the subject of the reaffirmation agreement is one owed by the Debtor solely as a co-signer on a car loan, which Debtor did as an accommodation for a friend to be able to purchase a vehicle. The Debtor has reaffirmed an obligation for a vehicle she owns, which reaffirmation has separately been approved by this court.

7. The Debtor's income is not sufficient to pay all of her personal expenses, the costs of the reaffirmed vehicle, and the additional monthly payments for the obligation owed to Onyx Acceptance Corporation under the reaffirmation agreement.

8. Reaffirmation of this obligation is not in the best financial interest of the Debtor.

9. The reaffirmation agreement would impose an undue hardship on the Debtor and/or a dependant of the Debtor. The reaffirmation agreement is not approved by the court.

Dated: July 20, 2010

RONALD H. SARGIS, Judge
United States Bankruptcy Court

2

Case 10-92164    Filed 07/20/10    Doc 22

This document does not constitute a certificate of service. The parties listed below will be served a separate copy of the attached document(s).

---

Susan Leicht
5212 Cimarron Ct
Salida, CA 95368

Michael McGranahan
PO Box 5018
Modesto, CA 95352

Office of the U.S. Trustee
Robert T Matsui United States
 Courthouse
501 I Street , Room 7-500
Sacramento, CA 95814

Onyx Acceptance Corp.
P.O. Box 93016
Long Beach, CA 90809-3016